**No. 43215.**—Protest 938000–G of Schear & Schrader (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of squawker balloons composed wholly or in part of bamboo. On the authority of Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.